UNITED STATES BANKRUPTCY COURT
FOR THE
WESTERN DISTRICT OF KENTUCKY

In re:

**JACKLYN L. WALKER**

    Debtor(s)                            CASE NO. **09-31392 (2)**

**MORRISON CHIROPRACTIC, INC.**      CHAPTER 7

    Plaintiff(s)                          AP NO. **09-3038**

vs.

**JACKLYN L. WALKER**

    Defendant (s)

---

### ORDER

---

THIS MATTER having come before the Court on November 2, 2009 for Trial. The Court having considered statements of Gary D. Miller, counsel for the Plaintiff, and of James K. Stayton, counsel for the Defendant, and the Defendant, Jacklyn L. Walker, having failed to appear, and there being no evidence to rebut the Plaintiff's Exhibits and no Objections having been filed, and the Court being otherwise sufficiently advised,

IT IS HEREBY ORDERED that the sum of $2,293.00 owed by the Defendant to Plaintiff is found to be non-dischargeable pursuant to 11 U.S.C. § 523a(2)(A) and that the Plaintiff is granted judgment against the Defendant in this amount.

*/s/ David T. Stosberg*
David T. Stosberg
United States Bankruptcy Judge

Dated: November 2, 2009

ame